MARIA ABBATE, as Administratrix, etc., of ROSE ABBATE, Deceased, Appellant, v. GEORGE E. SOLAN and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.